# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No: 4:19CR84 |
| JORGE LUIS SERVIN-MARTINEZ, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by W. John Toner, IV, counsel for Defendant, for the dates of July 3, 2019 through July 8, 2019, July 20, 2019 through July 27, 2019, September 6, 2109, September 20, 2019, October 4, 2019, October 18, 2019, and November 1. (Doc. 17.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 25th day of June, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA